Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA BADELLA,<br><br>Plaintiff.<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendants. | Case No.: 2:18-cv-02403-MCE-AC<br><br>**JOINT STIPULATION AND MOTION TO EXTEND THE DISCOVERY DEADLINE; AND ORDER** |

## JOINT STIPULATION

Plaintiff PAULA BADELLA and Defendant RASH CURTIS & ASSOCIATES, by and through their respective counsel, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, Plaintiff commenced this action by filing her Complaint (ECF No. 1) on August 31st, 2018, and

WHEREAS, on August 31, 2018 the court issued an Initial Pretrial Scheduling Order (ECF No. 4) which ordered that discovery is to be completed no later that 365 days from the date of initially filing, or August 30, 2019; and

WHEREAS, the parties filed the first Joint Stipulation and Motion to Continue the Discovery Cutoff on August 30, 2019 (ECF No. 8); and

WHEREAS, the Court issued an order to extend the discovery cutoff to October 29, 2019 (ECF No 8 & 9); and

WHEREAS, Defendant substituted counsel for this matter on October 29, 2019; and,

WHEREAS, the parties are currently engaged in ongoing settlement discussions but require additional discovery in order to resolve this matter; and

WHEREAS, the parties are working to secure a mutually available date for the deposition of Defendant's Rule 30(b)(6) designee; and

WHEREAS, the parties are also working to secure a mutually available date for Plaintiff's deposition; and

WHEREAS, the parties agree that in the interests of trying to resolve this matter without further judicial intervention or resources, good cause exists to continue the discovery cutoff date; and

WHEREAS, the parties agree that neither party will be prejudiced by this continuance,

## STIPULATION

NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that the discovery deadline should be extended by ninety (90) days from October 29, 2019 to January 27, 2020.

Dated: October 29, 2019          KIMMEL & SILVERMAN, P.C.

                                         By: */s/ Amy Lynn Bennecoff Ginsburg*
                                                 Amy Lynn Bennecoff Ginsburg, Esq.
                                                 (275805)
                                                 Attorney for Plaintiff

Dated: October 29, 2019          BERMAN BERMAN BERMAN
                                                 SCHEINDER & LOWARY, LLP

                                                 By: */s/ Amanda N. Griffith*
                                                 Amanda N. Griffith, Esq.
                                                 (288164)
                                                 Attorney for Defendant

\*\*\*

## JOINT MOTION

Plaintiff PAULA BADELLA and Defendant RASH CURTIS & ASSOCIATES hereby jointly move to continue the discovery cutoff date by ninety (90) days from October 29, 2019. The Court's Initial Pretrial Scheduling Order (ECF No. 4), provides for modification of the order upon a showing of good cause. Here, Defendant was in the process of obtaining substitute counsel for this matter and, filed said substitution of October 29, 2019. (ECF No. 11) Thus, the parties

have been unable to coordinate deposition dates within the extended time to conduct discovery as set forth in the order. While the parties have been engaged in settlement discussions and are attempting to resolve this matter by way of settlement, additional discovery is required in order to fully assess the facts of the case at hand. Accordingly, in order to preserve judicial resources and afford the parties the opportunity to resolve this matter without further judicial intervention, the parties respectfully request the Court further extend the discovery deadline to January 27, 2020.

Dated: October 29, 2019   KIMMEL & SILVERMAN, P.C.

By: /s/ Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
(275805)
Attorney for Plaintiff

Dated: October 29, 2019   BERMAN BERMAN BERMAN
SCHEINDER & LOWARY, LLP

By: /s/ Amanda N. Griffith
Amanda N. Griffith, Esq.
(288164)
Attorney for Defendant

***

## **ORDER**

IT IS HEREBY ORDERED, for good cause shown, that the discovery cutoff is continued by ninety (90) days from October 29, 2019 to January 27, 2020.

IT IS SO ORDERED.

Dated: November 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE